UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>STEPHEN JAMES MONTES, SR,<br>Debtor | Case No:    14-11120 ABC |
| | Chapter    13 |
| NATIONSTAR MORTGAGE LLC,<br>Creditor<br>vs.<br>STEPHEN JAMES MONTES, SR and SALLY ZEMAN,<br>Trustee<br>Respondents | |

## ORDER ACCEPTING TERMS OF STIPULATION

**THE COURT**, having reviewed the Stipulation to Resolve Motion for Relief from Stay And Motion for Acceptance of Stipulated Terms submitted by the parties, and being advised, hereby

**ORDERS** that the Motion is granted, and the terms of the Stipulation are approved.

Dated:  November 10, 2014

BY THE COURT:

A. Bruce Campbell,
United States Bankruptcy Judge

JLF #: 14-000747